

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00243-CV

IN RE 3 ATOMS, L.L.C. AND FUN SPOT MANUFACTURING, L.L.C., RELATORS

ORIGINAL PROCEEDING

August 2, 2019

## ORDER ON RELATORS' MOTION FOR TEMPORARY RELIEF

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Relators 3 Atoms, LLC and Fun Spot Manufacturing, LLC, seek a writ of mandamus compelling respondent, the Honorable Ruben G. Reyes, Judge of the Seventy-Second District Court of Lubbock County, to vacate his order granting a new trial for real party in interest, Billy Gonzales, as next friend of Aidan Zachary Gonzales, a minor.

Subsequent to their petition, relators filed a motion for temporary relief. TEX. R. APP. P. 52.10. By their motion, relators request an order staying the October 14, 2019 new trial setting along with related deadlines for mediation, August 21, pre-trial exchange, September 20, and the pre-trial hearing, October 4.

On the motion of a party or on our own initiative we are authorized to grant "just relief" pending the disposition of a petition. TEX. R. APP. P. 52.10(b); *In re State Farm Mut. Auto. Ins. Co.,* No. 07-18-00116-CV, 2018 Tex. App. LEXIS 3265 (Tex. App.—Amarillo May 8, 2018, per curiam order). Relators' motion is granted. All trial court proceedings in trial court cause number 2017-524,895 are stayed pending disposition of relators' petition for writ of mandamus.

It is so ordered.

Per Curiam